PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

United States Courts
Southern District of Texas
FILED

MAR 23 2023

Nathan Ochsner, Clerk of Court

__TERESA N. MOTT Page (pro se)__
Plaintiff's Name and ID Number

__N|A  Released__
Place of Confinement

CASE NO. __23 CV 1069__
(Clerk will assign the number)

v.

__HARRIS COUNTY SHERIFF'S DEPT. (sued officially)__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $352.00 plus an administrative fee of $50.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $352.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:



    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit:_____
       2. Parties to previous lawsuit:
          Plaintiff(s)_____
          Defendant(s)_____
       3. Court: (If federal, name the district; if state, name the county.)_____
       4. Cause number:_____
       5. Name of judge to whom case was assigned:_____
       6. Disposition: (Was the case dismissed, appealed, still pending?)_____
       7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: _____N/A_____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ___YES ✓NO N/A Released
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: ~~Kandace~~ Teresa Nichole (Mott) Stage
1307 Grand Junction DR Katy TX 77450

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Harris County (municipality) Sheriff Department (Officer Carpenter Jr [sued officially])
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
— See Attachment —

Defendant #2: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #1 HARRIS COUNTY    ACTS OR OMMISSIONS
continued

Defendant HARRIS COUNTY (Sheriff's Dept) through it's employee officer CARPENTER JR SHERIFF DEPUTY (HARRIS COUNTY) did violate the Plaintiff's 4th Amendment protected rights to be free from unreasonable seizures when unlawfully and willfully arresting the Plaintiff while failing to protect and serve subjecting the Plaintiff to an unlawful arrest (seizure) 4th Amendment violation and denying the Plaintiff due process of the law and equal protections thereof (14th Amendment violations). On or about December 5th 2021 at the Plaintiffs then Address 22273 BAFFERTON LN, KATY TEXAS 77449. At all times officer CARPENTER acted under color of State Law and pursuant to county policy practices or customs. Which actions were sanctioned and approved by Defendant Harris County Sheriff's Department.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(See) Attachment

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(see Attachment)

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Teresa Stage no other

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Cause No 238632501010 In The County Criminal Court of Law No. 0004 Harris Co. TX. SPN No. 03123102

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____

4

## STATEMENT OF CLAIMS CONTINUED

On or about December 5th 2021 the Plaintiff contacted Defendant HARRIS County Sheriff's Department claiming threats of assault and criminal trespass by private citizen SARAH MILLER. Upon arriving Officer CARPENTER JR. (Deputy) failed to serve and protect the Plaintiff lawful rights and in doing so falsely arrested and totally failed to investigate properly. As a result the Plaintiff was arrested on false assault charges which also caused the Plaintiff immediate custody & protection of Plaintiff's child, mental & emotional distress and/or anguish along with a retroactive loss of home and way of life. The criminal case ended in a dismissal on or about April 27th 2022 on ground of Insufficient Evidence

## CLAIM

Defendant HARRIS County Sheriff's Department (Officer CARPENTER JR.) sued officially did willfully and knowingly with a malicious intent subjected the Plaintiff to a false and/or unconstitutional arrest causing the Plaintiff to loose current present custody of the Plaintiff's son and the Plaintiff's home Also subjecting Plaintiff to endure severe mental and emotional distress and/or anguish as a result of the unlawful imprisonment all in violation of the Plaintiff's 4th Amendment Rights to be free from unreasonable seizures and also a violation of Plaintiff's 14th Amendment Rights to due process and equal protections thereof.

# Relief Demanded
## (VI)

(1) A decleration that the defendants did willfully and knowingly violated the plaintiffs constitutional protected rights to due process and the right to be free from unreasonable searches and seizures.

A. Monetary or compensatory damages in the amount of $250,000 for the false arrest and other resulting harm mental & or emotional

(B) $100,000 for the distress the plaintiff endured

(C) <u>Punitive Damages</u> (in the amount of) $500,000 for willfully and subjectively violating plaintiffs well established 4th amendment rights to be free from unreasonable seizures (false arrest) and the plaintiff's 14th amendment rights to due process and equal protections of the law

D) Attorney fee's
E) Legal Assistant fee's
F) Costs

    4. Have the sanctions been lifted or otherwise satisfied? \_\_\_\_YES \_✓\_NO

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES \_✓\_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): N/A

    2. Case number: N/A

    3. Approximate date warning was issued: N/A

Executed on: 3-20-2023
          DATE

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 20th day of MARCH, 20 23.
       (Day)          (month)      (year)

(Signature of Plaintiff)
(PRO SE)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**